■ ELISABETH SCHILLER, Appellant, v MDT CORPORATION et al., Respondents. [710 NYS2d 906] —Appeal by the plaintiff from an order of the Supreme Court, Queens County (Berke, J.), dated May 18, 1999.

Ordered that the order is affirmed, with one bill of costs, for reasons stated by Justice Berke at the Supreme Court. O'Brien, J. P., Goldstein, Luciano and Smith, JJ., concur.